IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE: | * | CASE NO. 14-32727 |
|---|---|---|
| Evelyn Lyle | * | |
| | * | |
| | * | |
| | * | |
| | * | CHAPTER 13 |
| | * | |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Bankruptcy Rule 3007-1, the Court will take this objection under advisement and rule, without further notice or hearing, unless the claimant files with the Court, with service upon the objecting party, a response within 30 days of the service of this objection. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at One Church Street, Montgomery, Alabama 36104, and serve a copy on the movant's attorney, Gail Donaldson, P.O. Box 4479, Montgomery, Alabama 36103.**

**If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

OBJECTION TO CLAIM OF UNSECURED CREDITOR.

**COMES NOW,** the debtor by and through her attorney of record and hereby objects to proof of claim #14 of creditor, Altair OH XIII, LLC, in the amount of $10,120.01. The debtor states the reasons for same:

1. The proof of claim does not comply with Federal Rules of Bankruptcy Procedure 3002(c) because the Proof of Claim was filed on April 3, 2015 and the bar date for filing Proof of Claims set by the Court was February 23, 2015.

2. The proof of claim should be expunged totally due to the filing of proof of claim <u>after the bar date for filing claims.</u>

**WHEREFORE, THESE PREMISES CONSIDERED,** the Debtor hereby objects to the proof of claim #14 of creditor, Altair OH XIII, LLC and moves this Honorable Court to disallow the claim in toto for the above stated reasons.

Respectfully submitted this  14th day of April, 2015.

BOND, BOTES, SHINN & DONALDSON, P.C.

By: /s/ Gail Donaldson
Attorney for Debtor
P.O. Box 4479
Montgomery, Alabama 36103
Phone (334) 264-3363
Facsimile (334) 230-5405
gdonaldson@bondnbotes.com

Case 14-32727    Doc 22    Filed 04/14/15    Entered 04/14/15 10:38:34    Desc Main
Document      Page 1 of 2

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by mailing a copy of same to them on this the 14th day of April, 2015.

Hon. Curtis C. Reding, Trustee, (via electronic filing)
Evelyn Lyle, 2027 Grande Avenue, Montgomery, AL 36116
Altair OH XIII, LLC c/o Weinstein & Riley, P.S., 2001 Western Avenue Ste 400, Seattle, WA 98121
One Main Financial, 300 Saint Paul St BSP13A, Baltimore, MD 21202-2120

/s/ Gail Donaldson
Attorney for Debtor
P.O. Box 4479
Montgomery, Alabama 36103
Phone (334) 264-3363
Facsimile (334) 230-5405